44,677-07

Robert Allen Hamilton                                    June 8, 2015
TDCJ-ID NO. 480977
Carole S. Young Medical Facility
5509 Attwater Avenue
Dickinson, Texas 77539

CAUSE NUMBER 50383 - SID NUMBER 03096324

Dear Clerk:

My attorney filed a Writ of Habeas Corpus in the Court of Criminal Appeals on a actual innocence claim, but I do not have the white card where it was denied. Could you please send me a white card or the date it was denied. I need this information.

I wish to thank you for your time in this matter. I will be looking for you response. If there is any charge please let me know.

Robert Allen Hamilton, Pro se
TDCJ-ID NO. 480977
Carole S. Young Medical Facility
5509 Attwater Avenue
Dickinson, Texas 77539

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk

1 of 1.